## CRAWFORD *v.* THE STATE.

ATKINSON, J. 1. When a ground of a motion for new trial in a criminal case is predicated upon the previously expressed opinion of one of the jurors who rendered the verdict, the trial judge, as to this question, occupies the place of a trior, and this court will not undertake to control his judgment as to the credibility of proof, unless it is clear and manifest from the record that he erred. *Jones* v. *State*, 117 *Ga.* 710, and cit.

2. The evidence authorized the verdict. The alleged newly-discovered evidence was cumulative, and no sufficient reason has been shown for reversing the judgment.

*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*

Submitted March 18,—Decided April 10, 1907.

Indictment for murder. Before Judge Gober. Fannin superior court. December 26, 1906.

*O. R. DuPree,* and *J. Z. Foster,* for plaintiff in error.

*John C. Hart, attorney-general,* and *B. F. Simpson, solicitor-general,* contra.